Eastern District of Kentucky
**FILED**
SEP 02 2011
AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF KENTUKY

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. CR-11-109-M |
| | ) Lex. Misc. 11-5004 |
| FARIDEH HEIDARPOUR, | ) |
| a/k/a Faraday Heidarpour, | ) |
| a/k/a Faraday Pour, | ) |
| ALI HEIDARPOUR; and | ) |
| A.B.C. BILLING, INC., | ) |
| Defendants. | ) |

### SUBPOENA TO PRODUCE DOCUMENTS IN A CRIMINAL CASE

TO: ACS, Inc.
c/o Corporation Service Company, Registered Agent
421 West Main Street
Frankfort, KY 40601

**YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

See Exhibit "A" attached hereto.

Place: Joyner Law Firm
210 North Broad Street, Suite 200
London, KY 40741

Date and Time:

October 1, 2011 at 10:00 a.m. EST

(SEAL)

DATE: 9-2-2011

**LESLIE G. WHITMER**
CLERK OF COURT

_Sharon Vrolyk, DC_
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing Defendants Farideh Heidarpour and ABC Billing, Inc., who request this subpoena are:

Drew Neville, Hartzog Conger Cason & Neville, 201 Robert S. Kerr Ave., 1600 Bank of Oklahoma Plaza, Oklahoma City, OK 73102-4216, dneville@hartzoglaw.com.

Case No.     CR-11-109-M

## PROOF OF SERVICE

This subpoena for ACS was received by me on _____.

___ I served the subpoena by delivering a copy to the named person as follows:

_____

_____ on *(date)* _____; or

___ I returned the subpoena unexecuted because _____

_____.

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

DATE: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: